

Writer's Direct Dial: (516) 663-6520
Writer's Direct Fax: (516) 663-6820
Writer's E-Mail: msanderleaf@rmfpc.com

March 2, 2022

VIA ECF

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Seljak, et al. v. Pervine Foods, LLC*
             U.S.D.C., S.D.N.Y., Case No. 21-cv-09561(NRB)(SN)

Dear Judge Buchwald:

      We are counsel to defendant Pervine Foods, LLC ("Pervine"). Pursuant to Your Honor's Order, dated February 15, 2022, counsel for the parties conferred and agreed upon the following briefing schedule for Pervine's motion to dismiss: (a) all papers in support of the motion to dismiss to be served on or before April 13, 2022; (b) all papers in opposition to the motion to dismiss to be served on or before May 23, 2022; and (c) all papers in further support of the motion to dismiss to be served on or before June 13, 2022.

      We remain available should the Court require any further information at this time.

                                          Respectfully submitted,

                                          */s/ Melissa Sanderleaf*

                                          Melissa Sanderleaf
                                          For the Firm

cc:     All Counsel of Record (via ECF)